UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FONJECK ERIC AZOH,<br><br>Defendant. | No. 21-MJ-00006 |

## ORDER

This matter comes before the Court on the government's Unopposed Motion to Continue Preliminary Hearing. It is hereby

ORDERED that the preliminary hearing in this matter is continued for good cause to May 26, 2021, at 3:30 PM before Magistrate Judge Robin M. Meriweather; and it is further

ORDERED that the time between May 12, 2021, and the preliminary hearing on May 26, 2021, shall be excluded from the time within which an indictment must be filed and the time within which trial in this matter must commence. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to engage in pretrial negotiations.

_____
Robin M. Meriweather
UNITED STATES MAGISTRATE JUDGE